NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3173

ORLIS J. BUSH,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Orlis J. Bush, of The Republic of Panama, pro se.

Michael S. Dufault, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were Peter D. Keisler, Assistant Attorney General; David M. Cohen, Director; and Franklin E. White, Jr., Assistant Director.

Appealed from:  United States Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3173

ORLIS J. BUSH,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

———————————————

DECIDED:   January 11, 2007

———————————————

Before MICHEL, <u>Chief Judge</u>, GAJARSA, and DYK, <u>Circuit Judges</u>.

PER CURIAM.

Petitioner Orlis J. Bush seeks reversal of a final decision by the Merit Systems Protection Board (Board) that granted his request to withdraw his appeal.  On November 17, 2005, Mr. Bush asked the Board to withdraw his appeal.  The Board obliged and dismissed the appeal with prejudice on December 14, 2005.  Mr. Bush has appealed the Board's action to this court.  The Board did not abuse its discretion by granting this voluntary request.  Moreover, Mr. Bush has since settled his dispute with the Office of Personnel Management and is receiving the benefits he initially sought.  We therefore <u>affirm</u> the decision of the Board in dismissing his appeal.

No costs.